**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**MILDRED TODD**                                                                                                **PLAINTIFF**

**V.**                                            **NO. 3:04CV00371-JWC**

**JO ANNE B. BARNHART,
Commissioner, Social
Security Administration**                                                                           **DEFENDANT**

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum and Order entered this date. The Commissioner's decision is hereby reversed and remanded for proceedings consistent with the Court's opinion. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 14th day of February, 2006.

_____
UNITED STATES MAGISTRATE JUDGE